## Sgro v. Pa. Burial Co., Inc., Appellant.

Argued December 14, 1933.

Before TREXLER, P. J., KELLER, CUNNINGHAM, BALDRIGE, STADTFELD, PARKER and JAMES, JJ.

*Carlos Berguido, Jr.,* and with him *Brown & Williams,* for appellant.

*Herman D. Friedman,* for appellees.

OPINION BY CUNNINGHAM, J., March 16, 1934:

The same, and only the same, questions are involved upon this appeal as were disposed of in the opinion this day filed in the case of Giuseppe Sgro v. Pennsylvania Burial Company , Inc., successor to Italian Burial Casket Company, Appellant, No. 433, October Term, 1933 (113 Pa. Superior Ct. 20).

For the reasons there stated, the judgment appealed from in this case is affirmed.